2:10-MJ-159-JHR

SCANNED

U.S. DISTRICT COURT

**Complaint Synopsis**
September 23, 2010

**Name:** Sandra Wallace

**Address:** Rockland, Maine

**Year of Birth and Age:** 1955; 54 years old

**Violations:** Counts 1-3: 18 U.S.C. § 669 - embezzlement in connection with health care.

**Penalty:** Counts 1-3: Imprisonment of not more than 10 years; fine of $250,000, or both, as to each count

**Supervised Release:** Not more than 3 years (18 U.S.C §3583(b)(2)) as to each count

**Maximum Term of Imprisonment for Violation of Supervised Release:** Not more than two years (18 U.S.C. § 3583(e)(3)).

**Maximum Add'l Term of Supervised Release for Violation of Supervised Release:** Three (3) years (maximum original term of supervised release) "less any term of imprisonment that was imposed upon revocation of supervised release" (18 U.S.C. §3583(h))

**Defendant's Attorney:**

**Primary Investigative Agency and Case Agent:** HHS/OIG – S/A Brian Pellerin

**Detention Status:** To be determined

**Foreign National:** No

**Foreign Consular Notification Provided:** N/A

**County:** Knox

**AUSA:** David B. Joyce

**Guidelines apply?** Yes

**Corporate Victims Owed Restitution:** Dr. Robert Rosenberg, D.D.S.

**Caption of any Related Search Warrants:** None

**Assessments:** $100 per count